UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBIN BERTONI,
    Plaintiff,

v.

                      Case No. 17-cv-12673
                      Hon. Bernard A. Friedman
                      Mag. J.: David R. Grand

EQUITYEXPERTS.ORG, LLC,
    Defendant.
_____

## STIPULATION OF DISMISSAL
## AS TO DEFENDANT EQUITYEXPERTS.ORG, LLC, WITH PREJUDICE
## AND WITHOUT COSTS OR FEES

The parties, as evidenced by the signatures of their respective counsel below, stipulate to the dismissal of Plaintiff's claims against EquityExperts.org, LLC, with prejudice and without attorney's fees or costs to either party.

                      Respectfully Submitted,

October 29, 2020

                      /s/ Gary Nitzkin
                      GARY D. NITZKIN (P41155)
                      CARL SCHWARTZ (P70335)
                      GARY HANSZ (P44956)
                      Attorneys for Plaintiff
                      22142 West Nine Mile Road
                      Southfield, MI 48033
                      (248) 353-2882
                      Email – gary@crlam.com

<u>/s/ Katrina M. DeMarte</u>
Katrina M. DeMarte, Esq.
DeMarte Law PLLC
39555 Orchard Hill Place
Ste 600/PMB 6378
Novi, MI 48375
Telephone: (313) 509-7047
Email: Katrina@demartelaw.com
*Attorney for Defendant,*
*EquityExperts.org, LLC*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBIN BERTONI,
    Plaintiff,

v.

    Case No. 17-cv-12673
    Hon. Bernard A. Friedman
    Mag. J.: David R. Grand

EQUITYEXPERTS.ORG, LLC,
    Defendant.
_____

### ORDER OF DISMISSAL
### WITH PREJUDICE AS TO DEFENDANT EQUITYEXPERTS.ORG, LLC

The Court, having reviewed the parties' stipulation, and finding good cause shown;

**IT IS HEREBY ORDERED** that Plaintiff's claims against EquityExperts.org, LLC, are hereby dismissed with prejudice and without fees or costs to either party. The Clerk of the Court shall terminate EquityExperts.org, LLC as a party in this action and remove its attorneys of record from receiving ECF Notifications.

Dated: November 3, 2020
    Detroit, Michigan

s/Bernard A. Friedman
Bernard A. Friedman
Senior United States District Judge